MELINDA HAAG (CSBN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:    (415) 436-6888
 Fax:              (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASHTON CLONINGER, et al., ) <br> ) <br> Defendant. ) <br> ) | No. 10-cv-4040-JCS <br><br> STIPULATED TO CONTINUE <br> CASE MANAGEMENT CONFERENCE |

    1.    A case management conference is currently scheduled for March 16, 2012, at 1:30 p.m.

    2.    This case involved two issues.  The plaintiff sought a judgment against defendant Ashton Cloninger and to foreclose on certain real property.  The judgment has been resolved.

    3.    The remaining issue, the sale of the real property, is an issue in the defendants' divorce proceedings.

    4.    The parties request additional time, or until June 22, 2012, at 1:30 p.m., for a further case management conference.  This may allow the defendants time to effectuate the sale of the property.

| | | |
|---|---|---|
| 1 | Dated: March 13, 2012 | MELINDA HAAG<br>United States Attorney |
| 2 | | |
| 3 | | /s/ *Thomas M. Newman*<br>THOMAS M. NEWMAN<br>Assistant United States Attorney |
| 4 | | Tax Division |
| 5 | | |
| 6 | Dated: March 13, 2012 | /s/<br>Martin Tierney |
| 7 | | Attorney for Defendant Ashton Cloninger |
| 9 | Dated: March 13, 2012 | *(Unsigned filed with permission)* |
| 10 | | Sylvia Cloninger |

*Stip To Continue CMC*
*Case No. 10-cv-4040-JCS*            2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASHTON CLONINGER, et al., ) <br> ) <br> Defendant. ) <br> ) | No.  10-cv-4040-JCS <br><br> ORDER |

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Date: March  14, 2012

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE