UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ASHTON CLONINGER, et al.,<br><br>    Defendant. | Case No. 10-cv-4040-JCS<br><br>[proposed] ORDER |

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Date: June 19, 2012

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Case No. 11-cv-4342-RMW