UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10-cv-4040-JCS |
| Plaintiff, | ) | [~~proposed~~] ORDER |
| v. | ) | |
| ASHTON CLONINGER, et al., | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Date: June 19, 2012

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Case No. 11-cv-4342-RMW